United States District Court
District of Massachusetts

Luis Miguel Salazar Hernandez,   )
                                 )
         Petitioner,             )
                                 )
         v.                      )      Civil Action No.
                                 )      26- 13496-NMG
David Wesling, et al.,           )
                                 )
         Respondents.            )
                                 )

**ORDER**

**GORTON, J.**

This case arises from the petition for writ of habeas corpus (Docket No. 1) of petitioner Luis Miguel Salazar Hernandez ("petitioner" or "Hernandez"). He contends that David Wesling and other named respondents ("respondents") have subjected him to mandatory detention despite his claim that he is entitled to procedures under 18. U.S.C. §1226(a).

For the reasons set forth in Sampiao v. Hyde, No. 1:25-CV-11981-JEK, 2025 WL 2607924 (D. Mass. Sept. 9, 2025), Lema Zamora v. Noem, No. 25-cv-12750-NMG, 2025 WL 2958879 (D. Mass. Oct. 17, 2025) and Lopez-Monteros v. Hyde, No. 25-cv-12629-NMG (D. Mass. Oct. 27, 2025), the petition for writ of habeas corpus (Docket No. 1) is **ALLOWED.** The Court directs that Hernandez is to be released unless he is afforded a bond hearing that complies with

-1-

-2-

standards in Hernandez-Lara v. Lyons, 10 F.4th 19 (1st Cir. 2021), within seven days of the date of this order.

**So ordered.**

_____
Nathaniel M. Gorton
Senior United States District Judge

Dated: August 6 , 2026

-2-